UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21099-CIV-HUCK/O'SULLIVAN

FLOR A. CRUZ
a/k/a ANGELICA CRUZ,

    Plaintiff,

v.

MIAMI-DADE COUNTY, et al.,

    Defendants.
_____/

## ORDER

THIS MATTER comes before the Court on Miami-Dade County's Motion to Compel Execution of Settlement Documents (DE# 60, 7/9/10). Rule 7.1(c), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. **Failure to do so may be deemed sufficient cause for granting the motion by default**.

S.D. Fla. L.R. 7.1(c) (Emphasis supplied).

Having received no response from the plaintiff, and a response having been due, it is

ORDERED AND ADJUDGED that the plaintiff shall file a response to Miami-Dade County's Motion to Compel Execution of Settlement Documents (DE# 60, 7/9/10) on or before **Wednesday, August 11, 2010**. The failure to file a response may result in a recommendation that Miami-Dade County's Motion to Compel Execution of

Settlement Documents (DE# 60, 7/9/10) be granted in its entirety.

DONE AND ORDERED, in Chambers, in Miami, Florida, this **28th** day of July, 2010.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Huck
All counsel of record