UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-21099-CIV-HUCK/O'SULLIVAN

FLOR A. CRUZ
a/k/a ANGELICA CRUZ,
    Plaintiff,

v.

MIAMI-DADE COUNTY, et al.,
    Defendants.
_____/

**ORDER**

THIS MATTER comes before the Court on Miami-Dade County's Motion to Compel Execution of Settlement Documents (DE# 60, 7/9/10). On July 28, 2010, the undersigned issued an Order (DE# 63) requiring the plaintiff to file a response to the instant motion by August 11, 2010. The Order (DE# 63) warned the plaintiff that Local Rule 7.1(c) states that the "[f]ailure to [file a response] may be deemed sufficient cause for granting the motion by default." S.D. Fla. L.R. 7.1(c). To date, the plaintiff has failed to respond to the instant motion. The undesigned has reviewed the instant motion and the applicable law and finds that defendant Miami-Dade County is entitled to the relief requested therein. Accordingly, it is

ORDERED AND ADJUDGED that Miami-Dade County's Motion to Compel Execution of Settlement Documents (DE# 60, 7/9/10) is **GRANTED**. The plaintiff shall execute the Settlement Agreement and General Release prepared in this case, and return them to counsel for Miami-Dade County no later than **Thursday, August 26, 2010**.

DONE AND ORDERED, in Chambers, in Miami, Florida, this **12th** day of August, 2010.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Huck
All counsel of record